AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

United States of America )
v. )  Case No. 2:15-mj-1180-CWH
Kyle Allen )  Charging District: So. Dist of California
Defendant )  Charging District's Case No. 15CR2932-GPC

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court, 880 Front Street, San Diego, CA 92101 | Courtroom No.: Judge Bartick's Courtroom |
| --- | --- |
| | Date and Time: 12/24/15, 2 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Dec. 10, 2015

_____
Judge's Signature

C.W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
*Printed name and title*